IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                                    Criminal Action No.
                                                                      22-00048-08-CR-W-DGK

HAZEL M. BERYMON,

        Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:   Count 1:   Conspiracy to distribute 5 kilograms or more of cocaine; fentanyl; and less than 50 kilograms of marijuana *in violation of* 21 U.S.C. § 841(a)(1), (b)(1)(C) and (b)(1)(D)

                            Counts 69, 71 and 86:   Use of a Communication Facility to Facilitate a Drug Trafficking Crime *in violation of* 21 U.S.C. § 843(b) and (d)(1)

                            Forfeiture Allegation One

**TRIAL COUNSEL**:
        Government: Mathew Moeder, Sean Foley, Stephanie Bradshaw, Paralegal Michelle Wells
        Case Agent: ATF Special Agent Elizabeth White
        Defense: S. Chase Higinbotham, Jr.

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: Government – Rule 404(b) Notice; Defense - None

**TRIAL WITNESSES**:
        Government: 50 without stipulations if four defendants go to trial; premature to address stipulations specific to each defendant

        Defense: 5 witnesses, including Defendant who     (  ) will
                                                                                    ( x ) may
                                                                                   (  ) will not testify

**TRIAL EXHIBITS**:
    Government: 300 exhibits with four defendants going to trial
    Defense: 25 exhibits

**DEFENSES**:
    ( x )    defense of general denial
    (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    (   ) Definitely for trial        (   ) Possibly for trial
    (   ) Motion to continue to be filed    ( x ) Likely a plea will be worked out

**TRIAL TIME**:  **10 days for trial with four defendants**
    Government's case including jury selection: 7-8 days
    Defense case: 1 day

**STIPULATIONS**:
    (   )    not likely
    (   )    not appropriate
    ( x )    likely as to:
        ( x )    chain of custody
        ( x )    chemist's reports
        (   )    prior felony conviction
        (   )    interstate nexus of firearm
        (   )    other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government: On or before June 24, 2024.
Defense: On or before June 24, 2024.

**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: On or before June 24, 2024.
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: On or before June 24, 2024.

**TRIAL SETTING**: Criminal jury trial docket commencing 7/8/2024
    **Please note**: The Government requests trial start on the second week of the docket as Government Counsel has a conflict on July 8th and 9th. However, Government Counsel would be available beginning July 10th.

**OTHER**:
      ( )  A _____-speaking interpreter is required.
      ( )  Other assistive devices: _____

**IT IS SO ORDERED.**

                                                  */s/ Jill A. Morris*
                                                JILL A. MORRIS
                                                United States Magistrate Judge

3

Case 4:22-cr-00048-DGK   Document 795   Filed 06/06/24   Page 3 of 3